# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

November 2, 2010

The Honorable Viktor V. Pohorelsky
United States District Court Magistrate
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: <u>U.S.A. v. Morena Costello, 10-MJ-1277</u>

Your Honor:

      Enclosed please find an order to permit Dr. Sasha Bardey to enter the MDC and conduct the mental health evaluation we discussed at our court appearance yesterday.  Dr. Bardey hopes to meet with Ms. Costello on Thursday, November 4, at 9:00 a.m.

      Sincerely,

Mildred M. Whalen
Staff Attorney
(718) 330-1290

enc.

cc:   Assistant U.S. Attorney Sean Flynn, Esq.
      ECF