UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------X
UNITED STATES OF AMERICA      :

          -against-           :
                                      ORDER
MORENA COSTELLO,              :

          Defendant.         :        10-MJ-1277

------------------------------X
```

Upon the application of defendant's counsel Mildred M. Whalen of the Federal Defenders of New York, Inc.,

IT IS HEREBY ORDERED that Dr. Alexander Sasha Bardey, A psychiatrist licensed to practice in the State of New York, be permitted to enter the Metropolitan Detention Center in Brooklyn, New York ("MDC") at any time that attorneys are permitted to enter and examine Morena Costello, Register No. 65399-053, an inmate presently in custody at MDC; and

IT IS FURTHER ORDERED that Dr. Bardey be permitted to continue to re-enter the MDC as many additional times as necessary to complete the examination.

DATED: NOVEMBER ___, 2010

_____
VIKTOR V. POHORELSKY
United States Magistrate Judge